UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO COVARRUBIAS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>XAVIER BECERRA,<br><br>　　　　　Respondent. | No. 2:19-cv-0499 AC P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis. ECF Nos. 1, 2. This court will not rule on petitioner's request to proceed in forma pauperis.

Petitioner is incarcerated in Ironwood State Prison and was convicted in San Diego County. San Diego County is in an area covered by the United States District Court for the Southern District of California.

Pursuant to 28 U.S.C § 2241(d), courts in both the district of conviction and the district of confinement have concurrent jurisdiction over applications for habeas corpus filed by state prisoners. Because petitioner was not convicted in this district, and is not presently confined here, this court does not have jurisdiction to entertain the application.

////

////

1

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

1. This court has not ruled on petitioner's application to proceed in forma pauperis, and

2. This matter is transferred to the United States District Court for the Southern District of California. 28 U.S.C. § 2241(d); 28 U.S.C. § 1406(a).

DATED: March 22, 2019

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE